UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**FILED**

**JUL 1 1 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

US District Court, Northern District of California
1301 Clay Street
Suite 400 S
Oakland, CA 94612–5212

RE:         USA vs.
USDC No.:   2:04–CR–00058–LKK         CR-08-416-DLJ

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 09, 2008, transmitted herewith are the following documents.

**Paper Documents: 1**
**Electronic Documents: 23 to 27.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**July 10, 2008**       /s/  H. Kaminski
_____
Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

PROB 22

**TRANSFER OF JURISDICTION**

FILED
JUL 09 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| DOCKET NUMBER (Tran. Court) |
|---|
| 2:04CR00058-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| CR08-416 DLJ |

ORIGINAL FILED JUN 26 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| DUSTIN MICHAEL BURT<br>Hayward, California | Eastern District of California | Northern |

| NAME OF SENTENCING JUDGE |
|---|
| Senior Judge Lawrence K. Karlton |

| DATES OF SUPERVISED RELEASE: | FROM<br>12/27/2007 | TO<br>12/26/2010 |
|---|---|---|

**OFFENSE**  18 USC 922(g)(1) - Felon in Possession of a Firearm; 18 USC 922(g)(9) - Possession of a Firearm by Person Convicted of a Crime of Domestic Violence

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6/2/08_                                 _____
   Date                                   United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6-16-08_                                _____
  Effective Date                          United States District Judge

CC:  United States Attorney
     FLU Unit-United States Attorney's Office
     Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2731



FILED

FEB - 5 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

I hereby certify that the annexed
Instrument is a true and correct copy of
the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____
              Deputy Clerk
Dated  7-10-08

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )   CR.S- 04-0058 LKK
                                    )   CR. NO.
11                Plaintiff,        )
                                    )   VIOLATION: 18 U.S.C. § 922(g)(1)-
12        v.                        )   Felon in Possession of Firearm;
                                    )   18 U.S.C. § 922(g)(9) - Possession
13  DUSTIN MICHAEL BURT,            )   of Firearm by Person Convicted of
                                    )   a Crime of Domestic Violence
14                Defendant,        )
                                    )
15  _____ )

16                      I N D I C T M E N T

17  COUNT ONE: [18 U.S.C. § 922(g)(1) - Felon in Possession of
        Firearm]

18      The Grand Jury charges:   T H A T

19                     DUSTIN MICHAEL BURT,

20  defendant herein, on or about January 12, 2004, in the City of

21  Stockton, County of San Joaquin, State and Eastern District of

22  California, having been convicted of a crime punishable by a term

23  of imprisonment exceeding one year, that is, possession of a

24  controlled substance for the purpose of sale (a felony) in

25  violation of Nevada Revised Statutes Section 453.337, on or about

26  May 24, 2000, in the County of Washoe, State of Nevada,

27  did knowingly possess a firearm, to wit: a loaded .38 caliber

28  Smith & Wesson revolver, serial number D586046, in and affecting

commerce, in that said firearm had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO: [18 U.S.C. § 922(g)(9) - Possession of Firearm by Person Convicted of a Crime of Domestic Violence]

The Grand Jury further charges: T H A T

DUSTIN MICHAEL BURT,

defendant herein, on or about January 12, 2004, in the City of Stockton, County of San Joaquin, State and Eastern District of California, having been convicted of a misdemeanor crime of domestic violence as defined in Title 18, United States Code, Section 921(a)(33), that is, Infliction of Corporal Injury on Spouse/Cohabitant, in violation of California Penal Code Section 273.5(a), on or about June 16, 2000, in the Superior Court for San Joaquin County, California, did knowingly possess a firearm, to wit, a loaded .38 caliber Smith & Wesson revolver, serial number D586046, in and affecting commerce, in that said firearm had been transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(9).

A TRUE BILL.

*[signature]*
FOREPERSON

*[signature]*
McGREGOR W. SCOTT
United States Attorney

2

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:**
- [ ] COMPLAINT
- [ ] INFORMATION
- [X] INDICTMENT
- [ ] SUPERSEDING INFORMATION
- [ ] SUPERSEDING

**Name of District Court, and/or Judge Magistrate Location (city):**
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA

**OFFENSE CHARGED:**
Felon in Possession of Firearm; Felon in Possession of Firearm by person Convicted of a Crime of Domestic Violence

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [X] Felony

**DEFENDANT -- U.S. vs.**
Dustin Michael Burt

**Address:** 1649 E Ninth Street, Stockton, CA 95205

**Birth Date:** 6/14/1981

[X] Male     [ ] Female     [ ] Alien (if applicable)

**Place of Offense:** San Joaquin County

**USC Citations:**
18 U.S.C. § 922(g)(1); 18 U.S.C. § 922(g)(9)

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** Alcohol, Tobacco and Firearm

- [ ] this person is awaiting trial in another Federal or State Court, give name of court.
- [ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District
- [ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  - [ ] U.S. Att'y
  - [ ] Defense
  
  SHOW DOCKET NO.

- [ ] this prosecution relates to a pending case involving this same defendant
- [ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing information on THIS FORM:** SA Chris Friedmann 209-237-8325

- [ ] U.S. Att'y
- [X] Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** RICHARD J. BENDER

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction    [ ] Fed'l    [X] State
6) [ ] Awaiting trial on other charges. If answer to (6) is "Yes", show name of institution

**Has detainer been filed?**
[ ] Yes
[ ] No    If "Yes" give date

**DATE OF ARREST:** Mo. __ Day __ Year __

Or ... if arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY:** Mo. __ Day __ Year __

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**IN STATE CUSTODY IN SAN JOAQUIN COUNTY JAIL BENCH WARRANT NO BAIL**

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### BURT MICHAEL DUSTIN

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm; 18 U.S.C. § 922(g)(9) - Felon in Possession of Firearm by Person Convicted of a Crime of Domestic Violence

*A true bill,*

_____/s/ Pamela Mallock_____
                                                                                    *Foreman.*

*Filed in open court this* ____5th____ *day*

*of* ____February____, A.D. 20 _08_

_____
                                                                                    *Clerk.*

*Bail, $* _____

GPO 863 525

AO 245B-CAED (Rev. 3/04) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DUSTIN MICHAEL BURT** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **2:04CR00058-001**<br><br>Jeffrey L. Staniels, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): 1 and 2 of the Indictment .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

FILED
AUG 3 0 2004
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm (Class C Felony) | 01/12/2004 | 1 |
| 18 USC 922(g)(9) | Possession of a Firearm by Person Convicted of a Crime of Domestic Violence (Class C Felony) | 01/12/2004 | 2 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.         [✔]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 24, 2004
Date of Imposition of Judgment

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____
Deputy Clerk
Dated_____

_/s/ Lawrence K. Karlton_
Signature of Judicial Officer

**LAWRENCE K. KARLTON**, United States District Judge
Name & Title of Judicial Officer

8/30/04
Date

23

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: | 2:04CR00058-001 |
| DEFENDANT: | DUSTIN MICHAEL BURT |

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>46 months as to each of counts 1 and 2, to run concurrently, for a total term of 46 months</u>.

[✔] The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in FCI Lompoc, California, but only insofar as this accords with security classification and space availability.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

| | |
|---|---|
| CASE NUMBER: 2:04CR00058-001 | Judgment - Page 3 of 6 |
| DEFENDANT: DUSTIN MICHAEL BURT | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months as to each of counts 1 and 2, to run concurrently, for a total term of 36 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✓]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervi. Release

| | |
|---|---|
| CASE NUMBER: | 2:04CR00058-001 |
| DEFENDANT: | DUSTIN MICHAEL BURT |

Judgment - Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

5. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal M.. .ary Penalties

CASE NUMBER:   2:04CR00058-001                                                                 Judgment - Page 5 of 6
DEFENDANT:     DUSTIN MICHAEL BURT

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|          | Assessment | Fine | Restitution |
|----------|------------|------|-------------|
| Totals:  | $ 200      | $    | $           |

[ ]   The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS: | $ __ | $ __ | |

[]   Restitution amount ordered pursuant to plea agreement $ __

[ ]   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]   The interest requirement is waived for the      [ ] fine      [ ] restitution

   [ ]   The interest requirement for the      [ ] fine   [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04) Sheet 6 - Schedule of ...ments

| | |
|---|---|
| CASE NUMBER: 2:04CR00058-001 | Judgment - Page 6 of 6 |
| DEFENDANT: DUSTIN MICHAEL BURT | |

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [ ]   Lump sum payment of $ __ due immediately, balance due

      [ ]   not later than __ , or
      [ ]   in accordance with    [ ] C,   [ ] D,   [ ] E, or    [ ] F below; or

B   [✓]   Payment to begin immediately (may be combined with   [ ] C,   [ ] D, or [ ] F below); or

C   [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]   Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ]   Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [ ]   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:04-cr-00058-LKK All Defendants
## Internal Use Only

| | |
|---|---|
| Case title: USA v. Burt, et al | Date Filed: 02/05/2004 |
| | Date Terminated: 08/24/2004 |

Assigned to: Senior Judge
Lawrence K. Karlton

### Defendant (1)

**Dustin Michael Burt**              represented by     **Timothy Zindel**
*TERMINATED: 08/24/2004*                                Office of the Federal
                                                        Defender
                                                        801 I Street, 3rd Floor
                                                        Sacramento, CA 95814
                                                        (916) 498-5700
                                                        Fax: (916) 498-5710
                                                        Email:
                                                        timothy_zindel@fd.org
                                                        *TERMINATED: 08/24/2004*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE*
                                                        *NOTICED*
                                                        *Designation: Public Defender*
                                                        *or Community Defender*
                                                        *Appointment*

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U. S. District Court
Eastern District of California
By_____
                Deputy Clerk
Dated  7-10-08

### Pending Counts                                      ### Disposition

| | |
|---|---|
| 18:922G.F FELON IN POSSESSION OF FIREARM (1) | imprisonment 46 months as to each counts 1 and 2 to run concurrently for a total term of 46 months; TSR 36 months as to each count to run concurrently for a total term of 36 months; court recommends dft be incarcerated in Lompoc, CA; Fine waived; &#0 36;200 s/a; appeal rights waived |
| 18:922G.F POSSESSION OF FIREARM BY PERSON CONVICTED OF A CRIME OF DOMESTIC VIOLENCE (2) | imprisonment 46 months as to each counts 1 and 2 to run concurrently for a total term of 46 months; TSR 36 months as to each count to run concurrently for a total term of 36 months; court recommends dft be incarcerated in Lompoc, CA; Fine waived; &#0 36;200 s/a; appeal rights waived |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

None

**Plaintiff**

| | |
|---|---|
| USA | represented by **Richard J. Bender**<br>U.S. Attorney's Office<br>501 I Street, 10th Fl.<br>Sacramento, CA 95814<br>(916) 554-2731<br>Fax: (916) 554-2900<br>Email: Richard.Bender@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2004 | 1 | INDICTMENT by US Attorney Counts filed against Dustin Michael Burt (3) count(s) 1, 2 (crf) (Entered: 02/09/2004) |
| 02/05/2004 | | ARREST Warrant issued for Burt Michael Dustin by Magistrate Judge Peter A. Nowinski; no bail (crf) (Entered: 02/09/2004) |
| 02/09/2004 | | AMENDED ARREST Warrant issued for Dustin Michael Burt by Magistrate Judge Peter A. Nowinski; no bail (crf) (Entered: 02/09/2004) |
| 02/09/2004 | | (Court only) Docket Modification (Utility Event) XM stopped for Dustin Michael Burt due to issuance of Amended Warrant (dd) (Entered: 02/12/2004) |
| 03/02/2004 | 2 | ORDER by Magistrate Judge Kimberly J. Mueller: ORDERING issuance of writ of habeas corpus ad testificandum as to Dustin Michael Burt for hearing ; writ issued (cc: all counsel) (ak) (Entered: 03/03/2004) |

| | | |
|---|---|---|
| 03/04/2004 | 3 | WRIT of Habeas Corpus Ad Prosequendum returned unexecuted; Inmate will be picked on our detained; San Joaquin has dismissed their charges (ndd) (Entered: 03/05/2004) |
| 03/09/2004 | 4 | MINUTES before Magistrate Judge Kimberly J. Mueller: dft Dustin Michael Burt arraigned; not guilty plea entered; Attorney Timothy L Zindel present, status hearing set for 9:30 3/30/04 for Dustin Michael Burt ; jury trial requested; LKK's discovery order given out in court; dft ordered detained; C/R ECRO (ak) (Entered: 03/10/2004) |
| 03/09/2004 | 5 | ORDER of Detention of Dustin Michael Burt by Magistrate Judge Kimberly J. Mueller (ak) (Entered: 03/10/2004) |
| 03/09/2004 | 6 | ORDER RE: DISCOVERY AND EXHIBITS by Honorable Lawrence K. Karlton (cc: all counsel) (ak) (Entered: 03/10/2004) |
| 03/10/2004 | 7 | ARREST Warrant returned unexecuted for Dustin Michael Burt, superseded by an amended warrant issued 2/9/04 (ndd) (Entered: 03/11/2004) |
| 03/10/2004 | 8 | ARREST Warrant returned executed as to defendant Dustin Michael Burt defendant arrested on 3/9/04 (ndd) (Entered: 03/11/2004) |
| 03/11/2004 | 9 | CJA Form 23 (Financial Affidavit) as to Dustin Michael Burt (ndd) (Entered: 03/12/2004) |
| 03/30/2004 | 10 | MINUTES before Honorable Lawrence K. Karlton: status hearing set for 9:30 4/27/04 for Dustin Michael Burt ; excludable T4 started for Dustin Michael Burt start date: 03/30/04 end date: 04/27/04 ; C/R C. Bodene (old) (Entered: 03/31/2004) |
| 03/31/2004 | | LODGED Order Continuing case and excluding time for trial by defendant Dustin Michael Burt (ndd) (Entered: 04/01/2004) |

| | | |
|---|---|---|
| 04/05/2004 | 11 | ORDER by Honorable Lawrence K. Karlton ORDERING a further status hearing SET for 9:30 4/27/04 for Dustin Michael Burt ; XT4 started for Dustin Michael Burt start date: 03/30/04 end date: 04/27/04 (cc: all counsel) (nac) (Entered: 04/05/2004) |
| 04/27/2004 | 12 | MINUTES before Honorable Lawrence K. Karlton RE: Status Conference: Defense counsel represent that parties have reached an oral understanding and request additional time to negotiate a plea agreement; a further status hearing set for 9:30 5/28/04 for Dustin Michael Burt , XT4 started for Dustin Michael Burt start date: 4/27/04 end date: 5/18/04 ; defense to prepare order; C/R C Bodene (ndd) (Entered: 04/28/2004) |
| 04/28/2004 | | LODGED Order continuing case by defendant Dustin Michael Burt (ndd) (Entered: 04/29/2004) |
| 05/03/2004 | 13 | ORDER by Honorable Lawrence K. Karlton; status hearing set for 9:30 5/18/04 for Dustin Michael Burt ; T4 started for Dustin Michael Burt start date: 5/3/04 end date: 5/18/04 (cc: all counsel) (bd) (Entered: 05/03/2004) |
| 05/18/2004 | 14 | MINUTES before Honorable Lawrence K. Karlton; furrther status hearing SET for 9:30 5/25/04 for Dustin Michael Burt ; excludable T4 started for Dustin Michael Burt start date: 05/18/04 end date: 05/25/04 ; C/R C. Bodene (old) (Entered: 05/19/2004) |
| 05/25/2004 | 15 | MINUTES before Honorable Lawrence K. Karlton RE: Change of Plea guilty plea entered by Dustin Michael Burt (1) count(s) 1, 2 of indictment, original plea agreement filed in court; PSR ordered; sentencing hearing set for 9:30 8/3/04 for Dustin Michael Burt C/R C Bodene (ndd) (Entered: 05/26/2004) |
| 05/25/2004 | 16 | PLEA Agreement as to Dustin Michael Burt (ndd) (Entered: 05/26/2004) |
| 05/25/2004 | 17 | SCHEDULE FOR DISCLOSURE OF PSR as to |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | defendant Dustin Michael Burt (ndd) (Entered: 05/26/2004)                                                                                                                                                                                                                                                                                                                                                                                                                                                                       |
| 05/26/2004 | 18 | PRESENTENCE NOTIFICATION as to defendant Dustin Michael Burt (ndd) (Entered: 05/27/2004)                                                                                                                                                                                                                                                                                                                                                                                                                                        |
| 07/30/2004 | 19 | NOTICE of hearing by Dustin Michael Burt sentencing hearing CONTINUED to 9:30 8/10/04 for Dustin Michael Burt (cc: all counsel) (ndd) (Entered: 08/02/2004)                                                                                                                                                                                                                                                                                                                                                                     |
| 08/09/2004 | 20 | OBJECTIONS to Factual assertion in PSR by defendant Dustin Michael Burt (ndd) (Entered: 08/10/2004)                                                                                                                                                                                                                                                                                                                                                                                                                             |
| 08/09/2004 | 21 | NOTICE of hearing by Dustin Michael Burt sentencing hearing set for 08/10/04 CONTINUED TO 9:30 8/24/04 for Dustin Michael Burt (cc: all counsel) (old) (Entered: 08/23/2004)                                                                                                                                                                                                                                                                                                                                                    |
| 08/24/2004 | 22 | MINUTES before Honorable Lawrence K. Karlton RE: Judgment and Sentencing sentencing Dustin Michael Burt (1) count(s) 1, 2 . imprisonment 46 months as to each counts 1 and 2 to run concurrently for a total term of 46 months; TSR 36 months as to each count to run concurrently for a total term of 36 months; court recommends dft be incarcerated in Lompoc, CA; Fine waived; $200 s/a; appeal rights waived , terminating defendant Dustin Michael Burt case terminated see J&C for special conditions; C/R C Bodene (ndd) (Entered: 08/25/2004) |
| 08/30/2004 | <u>23</u> | JUDGMENT and Commitment issued as to Dustin Michael Burt by Honorable Lawrence K. Karlton (ndd) (Entered: 08/31/2004)                                                                                                                                                                                                                                                                                                                                                                                                           |
| 10/06/2004 | 24 | JUDGMENT and Commitment returned executed on 9/21/04 as to Dustin Michael Burt (ndd) (Entered: 10/07/2004)                                                                                                                                                                                                                                                                                                                                                                                                                      |
| 05/13/2008 | <u>25</u> | (Court only) PROBATION FORM 12 re Supervised Release as to Dustin Michael Burt signed by Senior                                                                                                                                                                                                                                                                                                                                                                                                                                 |

|            |    |    |
|------------|----|----|
|            |    | Judge Lawrence K. Karlton on 5/13/08 ORDERING that the no bail warrant of arrest be issued as the dft Dustin Burt. The initial appearance and detention hearing to be set before the magistrate judge. (Duong, D) (Entered: 05/13/2008) |
| 05/13/2008 | 26 | (Court only) **ARREST WARRANT ISSUED by *Senior Judge Lawrence K. Karlton* as to Dustin Michael Burt. Bail fixed at *$No Bail* Charging Document: Violation Petition ** Title *18* Section *3606* re *Violation Petition* (Duong, D) (Entered: 05/13/2008) |
| 07/09/2008 | 27 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California as to Dustin Michael Burt. Signed by Senior Judge Lawrence K. Karltonon 6/2/08. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Kaminski, H) (Entered: 07/10/2008) |
| 07/10/2008 | 28 | TRANSMITTAL of DOCUMENTS on *7/9/2008* to * US District Court, Northern District of California* *1301 Clay Street* *Suite 400 S* *Oakland, CA 94612-5212*. *<br>Paper Documents: 1 *<br>*Electronic Documents: 23 to 27. *. (Kaminski, H) (Entered: 07/10/2008) |